# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **ONE HOUR AIR CONDITIONING FRANCHISING, LLC.** | | |
| | Plaintiff, | **RULE 16 TELEPHONE** |
| v. | | **SCHEDULING CONFERENCE** |
| **COMFORT SOLUTIONS, LLC.** and **MARCELLIN J. BARBIER** | | Case No. 09-C-933 |
| | Defendants. | |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Tape: _____ |
| Deputy Clerk: Mary | Hearing Began: 9:36 a.m. |
| Proceeding Held: February 26, 2010 | Hearing Ended: 9:45 a.m. |

**Appearances:**

   **Plaintiff:**    Michael J. Hanrahan

   **Defendants:**    Michelle Angell for Marcellin J. Barbier

**Scheduling**:

| | |
|---|---|
| Initial Disclosures: | 4/23/2010 |
| Amended Pleadings: | |
| Expert Disclosure (Party bearing burden of proof): | 8/30/2010; depositions completed by 9/30/2010 |
| Expert Disclosure (Response): | 10/29/2010; depositions completed by 11/19/2010 |
| Discovery: | Fact: 7/30/2010    Rule 33(a) applies limit of 25 interrogatories |
| Dispositive Motions: | 10/29/2010 |
| Final Pretrial Conference: | |
| ☐ Jury Trial ☐ Court Trial: | |
| Trial Estimate: | |
| ☐ TC  ☐ SC  ☐ HRG set for: | |

☒   Dates entered on court calendar

Initial sets of interrogatories and requests for production of documents service deadline 4/30/2010.
The Court GRANTS [7] motion to amend complaint. The clerk is directed to file amended complaint. The Court directs plaintiff to also serve a copy of the scheduling order with amended complaint.
Parties discuss pending [9] motion for order for non-contact. The Court awaits response.