UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

ONE HOUR AIR CONDITIONING FRANCHISING, LLC,

    Plaintiff,

v.                                                              Case No. 09-C-0933

COMFORT SOLUTIONS, LLC,
MARCELLIN J. BARBIER, and
FIRST MANITOWOC BANCORP, INC., d/b/a
BANK FIRST NATIONAL

    Defendants.
_____

## ORDER FOR TRANSFER OF TELEPHONE NUMBER
_____

Upon all of the files, records and proceedings had herein, and based upon the stipulation of the parties on file with the court herein,

IT IS HEREBY ORDERED, as follows:

1. One Communications, Corp. or the entity in control of telephone number 920-406-1340 shall transfer control of telephone number 920-406-1340 to One Hour Air Conditioning Franchising, LLC, contingent upon payment of the account balance in regard to that telephone number; or

2. Alternatively, in the event that telephone number 920-406-1340 has been released and the telephone number has been placed in the common pool of telephone numbers, which is managed by the Local Exchange Carrier, AT&T, then AT&T is ordered to transfer the 920-406-1340 telephone number to One Hour Air Conditioning Franchising, LLC.

3. In the event that the Local Exchange Carrier, AT&T, a non-party to this action, objects to the transfer of such number, it shall advise the Court of the ground for the objection within ten (10) days of service of the Order upon it.

Dated this 12th day of November, 2010.

BY THE COURT:

s/ William C. Griesbach
Honorable William C. Griesbach
Federal District Court Judge